**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                              )
**DARLENE DAVID** *et al.*,       )
                              )
        Plaintiffs,           )
                              )
    v.                        )   Civil Action No. 02-1145 (RWR)
                              )
**DISTRICT OF COLUMBIA** *et al.*, )
                              )
        Defendants.           )
_____)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendants' motion [61] for judgment as a matter of law be, and hereby is, DENIED. This is a final, appealable Order.

SIGNED this 30th day of June, 2006.


                                        _____/s/_____
                                        RICHARD W. ROBERTS
                                        United States District Judge